UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEMAL R. BELL JR.,

                Plaintiff,

    -against-

JUDGE CRAIG BROWN, ET AL.,

                Defendants.

24-cv-7804 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 15, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 16, 2025
           New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                            Chief United States District Judge